UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TEVIN DOUGLAS CARLISLE, | Case No.  1:26-cv-05125-HBK (PC) |
| Plaintiff, | ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS* |
| v. | (Doc. 2) |
| LUIS AYALA, | |
| Defendant. | ORDER DIRECTING PAYMENT OF INMATE FILING FEE BY THE CALIFORNIA DEPARTMENT OF CORRECTIONS |

Plaintiff, a prisoner, initiated this action on June 17, 2026, by filing a *pro s*e civil rights complaint pursuant to 42 U.S.C. § 1983.[1]  (Doc. 1).  Plaintiff seeks leave to proceed *in forma pauperis* (Doc. 2) and the California Department of Corrections (CDCR) submitted a copy of Plaintiff's prison trust fund statement.  (Doc. 9).  Plaintiff has made the showing required by § 1915(a) to proceed *in forma pauperis* but remains obligated to pay the full $350.00 statutory filing fees as set forth in 28 U.S.C. § 1915.

Pursuant to § 1915(b)(1)(A), Plaintiff is obligated to make an initial payment of $30.72[2]

[1] On July 6, 2026, this action was transferred to the Fresno Division of the Eastern District of California. (Doc. 6).

[2] The statute requires an initial filing fee of 20% of the greater of the six-months average monthly deposits to, or average monthly balance of, a prisoner's account.  28 U.S.C. § 1915(b)(1)(A), (B).  Plaintiff had over $921.69 in deposits to his account, with an average monthly deposit of $153.61, over the relevant six-month period.

(20% of the average 6-month deposits to the prisoner's account). Thereafter, Plaintiff must make monthly payments of 20% of the preceding month's income credited to his trust account. The California Department of Corrections is required to send the initial $30.72 payment to the Clerk of the Court and subsequent payments from Plaintiff's account each time the amount in his account exceeds $10.00, until the statutory filing fee is paid in full. 28 U.S.C. § 1915(b)(2).

ACCORDINGLY, it is **ORDERED**:

1.  Plaintiff's motion to proceed *in forma pauperis* (Doc. 2) is GRANTED.

2.  The Secretary of the California Department of Corrections, or his designee shall forward an initial payment of $30.72 to the Clerk of the Court from Plaintiff's prison trust account in accordance with 28 U.S.C. § 1915(b)(1)(A) and shall make future monthly payments in an amount equal to twenty percent (20%) of the preceding month's income credited to the Plaintiff's trust account each time the amount in the account exceeds $10.00, in accordance with 28 U.S.C. § 1915(b)(2), until a total of $350.00 has been collected and forwarded to the Clerk of the Court. The payments shall be clearly identified by the name and number assigned to this action.

3.  The Clerk of the Court is directed to serve a copy of this order and a copy of Plaintiff's *in forma pauperis* application on the Secretary of the California Department of Corrections, via the court's electronic case filing system (CM/ECF).

4.  The Clerk of the Court is directed to serve a copy of this order on the Financial Department, U.S. District Court, Eastern District of California.

Dated:    July 9, 2026

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

2