UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TEVIN DOUGLAS CARLISLE,<br>Plaintiff,<br>v.<br>LUIS AYALA,<br>Defendant. | Case No. 1:26-cv-05125-HBK (PC)<br><br>ORDER GRANTING DEFENDANT'S MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT<br><br>(Doc. 15)<br><br>RESPONSE DUE OCTOBER 26, 2026 |

Plaintiff Tevin Douglas Carlisle is a state prisoner proceeding pro se and *in forma pauperis* in this civil rights action under 42 U.S.C. § 1983. (Doc. 1). The Court screened the complaint and determined that it states a cognizable Eighth Amendment claim against Defendant. (Doc. 11).

On August 25, 2026, the California Office of the Attorney General ("OAG"), filed a notice of waiver of service on behalf of Defendant. (Doc. 14). Defendant's response to the complaint is due on September 28, 2026. On September 25, 2026, the OAG moved for an extension of time to respond, stating it requires additional time to determine whether it will represent Defendant in this action. (*Id*. at 1).

The Court finds good cause to grant an extension. Fed. R. Civ. P. 6(b)(1)(A).

Accordingly, IT IS ORDERED:

1. Defendant's motion for extension of time is (Doc. 15) is GRANTED.
2. Defendant shall file a response to the complaint on or before October 26, 2026,
3. If Defendant retains or obtains substitute counsel in place of Christopher Holmes Findley and Joanna Breiden Hood of the OAG, substitute counsel shall promptly file a notice of substitution in compliance with Local Rule 182(g). A substitution of counsel does not extend Defendant's deadline to respond to the complaint absent further court. order.

Dated: September 28, 2026

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE