UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

TEVIN DOUGLAS CARLISLE,

Plaintiff,

v.

LUIS AYALA,

Defendant.

Case No. 1:26-cv-05125-HBK (PC)

ORDER STAYING CASE PENDING SETTLEMENT CONFERENCE

(Doc. 17)

Plaintiff Tevin Douglas Carlisle is a state prisoner proceeding pro se and *in forma pauperis* on a civil rights complaint filed under 42 U.S.C. § 1983. (Doc. 1). On October 8, 2026, the Court referred this matter to Magistrate Judge Erica Grosjean for a Settlement Conference on 12/16/2026 at 1:00 P.M. via Zoom.

The Court is vested with broad discretion to stay a case. *Clinton v. Jones*, 520 U.S. 681, 706–07 (1997) (citing *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936)). Because this matter is set for mediation, the Court will exercise its discretion to stay this action in order that the parties may devote their resources to settlement efforts.

Accordingly, IT IS ORDERED:

1. This action is STAYED until further order of the Court to allow the parties an opportunity to settle their dispute. During the stay:

(a) Defendant may, but need not, file a responsive pleading to the operative complaint;

(b) No other pleadings or motions may be filed without leave of Court; and

(c) The parties may conduct informal discovery only. Formal discovery may not begin unless and until the Court issues a scheduling and discovery order.

2. If a settlement is reached at any time prior to the lifting of the stay in this action, defense counsel is directed to file a Notice of Settlement in accordance with Local Rule 160.

Dated: October 9, 2026

Helena M. Barch-Kuchta

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE