UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TEVIN DOUGLAS CARLISLE,

Plaintiff,

v.

LUIS AYALA,

Defendant.

Case No. 1:26-cv-05125-HBK (PC)

ORDER DRECTING PLAINTIFF TO CONFIRM ADDRESS OF RECORD

NOVEMBER 30, 2026 DEADLINE

The Correctional Case Records Supervisor at California Health Care Facility ("CHCF"), which is Plaintiff's address of record, informed the Court that Plaintiff has been transferred to California State Prison, Sacramento ("SAC"). The Court independently consulted the California Department of Corrections and Rehabilitation's inmate locator, which also identifies SAC as Plaintiff's current institution.

The Court previously advised Plaintiff of his obligation under Local Rule 182(f) to keep the Court informed of his current address. (Doc. 3 at 5–6). The Court also warned Plaintiff that, under Local Rule 183(b), failure to update his address after mail is returned as undeliverable may result in dismissal for failure to prosecute. (*Id.*). No mail has been returned as undeliverable to date.

The Court recognizes that transfer between institutions may delay a litigant's ability to file a notice of change of address. As a one-time courtesy, the Court will direct the Clerk of Court to

mail this Order and the November 5, 2026 Minute Order (Doc. 20) to Plaintiff at SAC. .

This courtesy does not relieve Plaintiff of his obligation to comply with the Local Rules and maintain a current address with the Court. Under Local Rule 183(b), a pro se party must file a notice of change of address within thirty days of any address change. No later than November 30, 2026, Plaintiff must either confirm that his address of record at CHCF remains correct or file a notice of change of address. Plaintiff must also timely notify the Court of any future change in his mailing address.

Accordingly, IT IS ORDERED:

1. The Clerk shall mail a copy of this Order and the November 5, 2026 Minute Order (Doc. 20) to Plaintiff (AR-8794) at California State Prison, Sacramento, P.O. Box 290001, Represa, CA 95671 and his address of record.

2. No later than November 30, 2026, Plaintiff shall either confirm in writing that his address of record at CHCF remains correct or file a notice of change of address.

3. If Plaintiff fails to comply with this Order or timely seek an extension, the Court will recommend that the district court dismiss this action for failure to comply with a court order and prosecute this action.

Dated: November 10, 2026

Helena M. Barch-Kuchta
HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE